EIMER et al. v. UNITED STATES.

(Circuit Court, S. D. New York. March 3, 1898.)

CUSTOMS DUTIES—FREE ENTRY OF SCIENTIFIC INSTRUMENTS—COMPLIANCE WITH REGULATIONS.

To entitle an importer to the benefit of paragraph 585 of the tariff act of 1894, authorizing the free entry of "philosophical and scientific instruments imported for the use of a society incorporated for scientific purposes," the affidavit required by the regulations prescribed by the secretary of the treasury in such cases must be filed before the arrival of the articles, showing that they were imported by order of such institution, and not for sale or distribution; otherwise, the collector is justified in requiring payment of the prescribed duty.

This was an appeal by Eimer & Amend, importers, from the decision of the board of general appraisers sustaining the action of the collector of New York in assessing duty upon certain instruments imported.

H. T. Walden, for importers.

H. I. Sedgwick, for the United States.

TOWNSEND, District Judge. The goods in question were assessed as optical instruments at 40 per cent. ad valorem, under the provisions of paragraph 98 of the act of 1894, and are claimed as free under paragraph 585 of said act, as "philosophical and scientific instruments imported for the use of a society incorporated for scientific purposes." The apparatus was imported for the use of the state board of health of Minnesota. It is doubtful whether this board of health is an institution established for scientific purposes, within the benefit of the act. Robertson v. Oelschlaeger, 137 U. S. 436, 11 Sup. Ct. 148. But, without determining this question, I think the decision of the board sustaining the action of the collector should be affirmed, upon the admitted fact that the custom-house regulations were not complied with. Under the authority of Rev. St. § 251, giving the secretary of the treasury power to make regulations, he made a regulation not inconsistent with law providing that, for the free entry of such merchandise, an affidavit must be made within seven days before their arrival that such

articles were imported by the order of such institution, and not for sale or distribution. This regulation seems to be a reasonable one. It does not appear that its reasonableness has ever been called in question. The decision of the board of general appraisers is affirmed.